No. 1228, Misc. VIDAL v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1246, Misc. GAINEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States.

No. 1274, Misc. BYNUM v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Joseph A. Barry* for the United States et al. Reported below: —— F. 2d ——.

No. 1276, Misc. DE LOUIZE v. CALIFORNIA. District Court of Appeal of California, Third Appellate District. Certiorari denied.

No. 1282, Misc. IRBY v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for the United States.

No. 1179, Misc. KALEC v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1244, Misc. COOK v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.